WILLIAM H. MILLER, Respondent, v. BROOKLYN HEIGHTS RAILROAD

COMPANY, Appellant.— Judgment of the County Court of Kings county reversed and new trial ordered, costs to abide the event, on account of the failure to charge that punitive damages were not recoverable. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.